United States District Court
District of Colorado Office
of The Clerk

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 4 2013

JEFFREY P. COLWELL
CLERK

Dear Clerk of this Court

My name is Mack Moziah Garvey AKA Perkins Bey case No 05-CV-02209-ZLW you all would overturn the JonBenet Ramsey murder case after Patsy Ramsey die after all this time I file my complaints try tell you all the truth. I am sent a copy of my Complaint Pursuant to 1331 yes it was filed in the Western District of Missouri.

That Lieutenant wrote that book about Jon-Benet Ramsey murder she lie because I myself and Catherine is the only two peoples knew what Patsy did but since I was an Black man that did not have money the court did not want to hear the truth. I could not get the Notary

I am asked the Clerk of the court to sent me on copy of this complaint Pursuant to 1331 back because I have been having problem with the mail Room sent legal mail out. also my copy of my complaint 05-CV-02209-ZLW please!

Thank you very much
Mack Moziah Garvey Perkins Bey 519255
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, MO 65101

mailing date November 12, 2013